**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 11-02950-RGK**; CV 11-02998-RGK | Date | September 7, 2011 |
|---|---|---|---|
| Title | **IN RE: INDYMAC BANCORP, INC.** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) Order Re: Dismissal of Remaining Defendants**

   In its order dated August 25, 2011 in 2:11-cv-02950-RGK and August 24, 2011 in 2:11-cv-02998-RGK this Court granted Defendant Insurers' Motions to Dismiss for lack of standing. The Court's decision to grant Defendants' Motions to Dismiss was based on the fact that Plaintiff IndyMac Bank's claims were not yet ripe and that it had no standing to bring its request for declaratory relief.

   As part of that order, the Court issued Plaintiff an order to show cause as to why each case should not be dismissed as to the remaining defendants. Plaintiff filed a timely written response with the Court. The Court has read and considered Plaintiff's arguments and hereby **DISMISSES** the cases with regards to the remaining defendants. Plaintiff may request relief from the Court if and when its claim becomes ripe.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |